**Order entered May 13, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00620-CV

## IN THE INTEREST OF T.H.M. AND C.A.M., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53138-2012**

## ORDER

We **GRANT** appellant's May 11, 2015 second motion for an extension of time to file a brief. Appellant shall file a brief by June 11, 2015. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE